

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: March 7, 2016

Magistrate Judge Hildy Bowbeer
United States District Court
632 Warren E Burger Federal Courthouse
316 N Robert St
St. Paul, MN 55101

Re: Steven W. Dankers
--- File number 16-mj-111

Dear Magistrate Bowbeer :

On February 23, 2016 an Order of Entry on Premises to Effect Levy was approved by Magistrate Janie Mayeron. One of the conditions of this Order is that I am to report back to the Court with the details of the entry and seizure.

On February 23, 2016 at 10:45 a.m. I served the Order on Margaret Dankers, the person in possession of the premises, at her residence located at 20690 370th St, Goodhue, MN. A portion of the agricultural equipment contained in the buildings on the premises were seized, inventoried, and hauled to a storage facility. The following is a detailed account of the items seized:

Case IH 2366 Axial Flow Combine. Model 2366 SN JJC0252923

Harvestec 4306 Cornhead Model 4306C SN 008276

John Deere 4650 Tractor SN RW4650P008535

Deutz-Allis Tractor Model 9150 SN 915011602

E-Z Trail Grain Cart. Model 500 SN EGC500Z011950193

Hardi Navigator Sprayer. Model NAV1000M SN 9847

E-Z Trail Grain Cart. Model 700. SN EGC700Z09950049

John Deere Tractor Model 8640. SN8640H005521R

Case IH 1020 Bean Head with hauler. SN JJC0224795

SCANNED
MAR 0 9 2016
U.S. DISTRICT COURT ST. PAUL

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

Internal Revenue Service
Cheryl Bird
1550 American Blvd E
Suite 500
Bloomington, MN 55425
Phone#: 651-726-1437
Fax#: 888-884-1913

Sincerely,

*C Bird*

Cheryl Bird
Revenue Officer

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.: 16-mj-111 JSM | Date and time warrant executed: 2/23/16 10:45 am. | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

See attatched.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/7/16

*C Bird*
Executing officer's signature
Cheryl Bird, Revenue Officer

Subscribed, sworn to, and returned before this date.

[signature] U.S. Judge or Magistrate Judge

3/7/16
Date

Printed Name and Title